1  LAURIE A. TRAKTMAN (SBN 165588)                    JS-6
2  **GILBERT & SACKMAN**
   A Law Corporation
3  3699 Wilshire Boulevard, Suite 1200
   Los Angeles, California  90010-2732
4  (323) 938-3000; FAX No. (323) 937-9139
   email: lat@gslaw.org
5  Attorneys for Plaintiffs, the Airconditioning
   and Refrigeration Industry Trust Funds
6
7                   UNITED STATES DISTRICT COURT
8                  CENTRAL DISTRICT OF CALIFORNIA
9
10 BOARD OF TRUSTEES OF THE            )  Case No. CV-09-4715 SJO (FFMx)
   AIRCONDITIONING AND                 )
11 REFRIGERATION INDUSTRY              )
   HEALTH AND WELFARE TRUST            )  ORDER ON STIPULATION FOR
12 FUND; BOARD OF TRUSTEES OF          )  JUDGMENT
   THE AIRCONDITIONING AND             )
13 REFRIGERATION INDUSTRY              )
   RETIREMENT TRUST FUND; and          )
14 BOARD OF TRUSTEES OF THE            )
   AIRCONDITIONING AND                 )
15 REFRIGERATION INDUSTRY              )
   DEFINED CONTRIBUTION                )
16 RETIREMENT PLAN,                    )
                                       )
17            Plaintiffs,              )
                                       )
18        vs.                          )
                                       )
19 MIZRAHI METALS, INC., dba           )
   RESOURCES DEMOLITION &              )
20 RIGGING; NATHAN DANIEL MIZRAHI;     )
   and KATHLEEN MIZRAHI, individuals,  )
21                                     )
              Defendants.              )
22 _____)
23
24
25
26
27
28

Pursuant to the Stipulation by and between by and between Plaintiffs, Board of Trustees of the Airconditioning and Refrigeration Industry Health and Welfare Trust Fund; Board of Trustees of the Airconditioning and Refrigeration Industry Retirement Trust Fund; and Board of Trustees of the Airconditioning and Refrigeration Industry Defined Contribution Retirement Plan (collectively, the "Trust Funds" or the "Plans"), and defendants, Nathan Daniel Mizrahi and Kathleen Mizrahi, individuals ("Individual Defendants"); and Mizrahi Metals, Inc., dba Resources Demolition & Rigging ("the Company"); the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.     The Company and the Individual Defendants are indebted to the Plans in the amount of $16,312.27.  Said amount is composed of contributions to the Plans in the amount of $8,317.14 for the delinquent work months of January 2009 and February 2009; liquidated damages in the amount of $1,663.42 for the delinquent work months of January 2009 and February 2009; interest in the amount of $831.71; reimbursement of plaintiffs' reasonable fees in the amount of $5,000.00; and reimbursement of plaintiffs' recoverable costs of suit in the amount of $500.

2.     Judgment may be entered in this case in favor of the Plans and against the Company and Individual Defendants, Nathan Daniel Mizrahi and

1

Kathleen Mizrahi, jointly and severally, in the amount of $16,312.27 in delinquent employee benefit plan contributions, liquidated damages, attorney fees and costs, together with post-judgment interest thereon at the rate of 10% per annum as of the date of the Judgment.

3.     The Company and Individual Defendants may satisfy the judgment by paying a total of $9,564.71 to the Plans.  Specifically, the Company and Individual Defendants shall pay delinquent contributions for the work months of January 2009 and February 2009 in the amount of $8,317.14; liquidated damages for the work month of February 2009 in the amount of $415.86; and interest in the amount of $831.71, pursuant to the following payment plan: thirteen installments in the amount of $700 on the fifteenth of each consecutive month beginning September 15, 2009, and continuing through October 15, 2010, with a final installment of $464.71 on November 15, 2010.  All checks shall be made payable to "Airconditioning & Refrigeration Industry Joint Trust Funds," to be received in the offices of the Airconditioning & Refrigeration Industry Joint Trust Funds, attention Grace Lim,1380 S. Sanderson Ave., Suite 201, Anaheim, CA 92806.

4.     In the event the Company and Individual Defendants, and any of them, fail to comply with any of the provisions set forth in paragraph 3, or any other provision of this Stipulation, the entire amount of the judgment, less any payments actually received at the time of such default, shall become immediately due and payable to the Plans from the Company and Individual Defendants, plus interest on such unpaid amounts at the annual rate of ten percent.

5.      This Court may retain jurisdiction over this matter through December 2010, to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by defendants.  Supplemental judgments may be entered in this action against the Company and Individual Defendants and in favor of the Plans for such sums as may be determined by the Plans and established upon application to the Court by declaration and noticed motion.

6.      The Plans shall have the right, upon twenty (20) days reasonable request made in writing, to audit or examine any books or records relating to the financial condition of the Company to ensure compliance with the terms of this Stipulation.

7.      In the event any litigation becomes necessary to enforce any term or terms of this Stipulation, the prevailing party or parties shall be awarded and shall recover all reasonable attorneys' fees and costs of suit.

**IT IS SO ORDERED**.

        September 29, 2009

Dated: _____        _____

                                     Hon. S. James Otero